IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICANS W/DISABILITIES ADVOCATES,<br><br>          Plaintiff,<br><br>     v.<br><br>AMERCO,<br><br>          Defendant.<br>_____/ | No. 03-01430 CW<br>    03-01432 CW<br>    03-01439 CW<br>    03-01440 CW<br>    03-01441 CW<br>    03-03322 CW<br>    03-03326 CW<br>    03-03983 CW<br>    03-03984 CW<br>    03-03985 CW<br>    03-03986 CW<br>    03-04039 CW<br>    03-04040 CW<br>    03-04041 CW<br>    03-04314 CW<br><br>ORDER DISMISSING<br>CONSOLIDATED<br>CASES |

   The above-captioned cases having been consolidated for all further proceeding with C-03-1428 CW, <u>Americans with Disabilities Advocates v. AMERCO</u>,

   IT IS HEREBY ORDERED that:

   There appears to be no further reason at this time to maintain these files as open ones for statistical purposes, and the Clerk is instructed to submit the JS-6 Forms to the Administrative Office.

   2.  Nothing contained in this Order shall be considered a

dismissal or disposition of these actions, and, should further proceedings become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

2

Dated     9/8/05

CLAUDIA WILKEN
United States District Judge

*Claudia Wilken*